IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | C O M P L A I N T |
| MEMPHIS HEALTH CENTER, INC., | ) ) | JURY DEMAND |
| Defendant. | ) ) | |

NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Rita Smith. As alleged with greater particularity in paragraphs 7a-h and 9a-h below, the Commission alleges that Defendant failed to hire Ms. Smith for a dental assistant position because of her age, then 56, and /or in retaliation for her protestations about her layoff.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference §§ 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Western District of Tennessee, Western Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant, Memphis Health Center, Inc., (the "Employer"), has continuously been doing business in the State of Tennessee and the Cities of Memphis and Rossville, and has continuously had at least 20 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. Since at least February 2008, Defendant engaged in unlawful employment practices at its Memphis, Tennessee facility, in violation of the ADEA, 29 U.S.C. § 623(a)(1). These practices include, refusing to hire Ms. Smith because of her age, then 56.

a. On or around August 15, 2007, Ms. Smith, then age 56, received notification that Defendant would lay her off from a dental assistant position at the Memphis Health Center in Rossville, Tennessee effective September 27, 2007.

b. When Ms. Smith received notification of her layoff, she had recently received a good performance evaluation in July 2007.

c. Ms. Smith was a long term employee, having worked as a dental assistant for Defendant for more than 20 years.

d. After Ms. Smith was laid off, she applied for an operator position in Defendant's call center in Memphis and was hired on October 2, 2007.

e. In January 2008, Defendant had a vacancy for a dental assistant position at the corporate office in Memphis.

f. Ms. Smith completed an application for a promotion or transfer from the call center operator position to the dental assistant position;

g. Ms. Smith met all of the stated requirements for the position and was interviewed.

h. Around February 2008, Defendant passed over Ms. Smith in favor of an outside candidate for the dental assistant position who was younger and had less experience than Ms. Smith.

8. The effect of the practices complained of in paragraphs 7a-h has been to deprive Ms. Smith of equal employment opportunities and otherwise adversely affect her status as employee because of her age.

9. Since at least February 2008, Defendant engaged in unlawful employment practices at its Memphis, Tennessee facility, in violation of the ADEA, 29 U.S.C. § 623(d). These practices include, refusing to hire Ms. Smith in retaliation for her opposing practices she believed violated the ADEA.

      a.      Seeking to retain her dental assistant position or reassignment to Defendant's corporate office in Memphis, Ms. Smith filed several grievances with Chief Executive Officer William L. Jackson from August 2007 to September 2007.

      b.      In the grievances filed from August 2007 to September 2007, Ms. Smith complained that she was laid off because of her age.

      c.      Each time Ms. Smith filed a grievance, CEO Jackson notified her that the grievance was denied.

      d.      In January 2008, Defendant had a vacancy for a dental assistant position at the corporate office in Memphis.

      e.      Ms. Smith completed an application for a promotion or transfer from the call center operator position to the dental assistant position.

      f.      Ms. Smith met all of the stated requirements for the position and was interviewed.

      g.      Around February 2008, Defendant selected an outside candidate for the dental assistant position.

      h.      Ms. Smith was not selected for the dental assistant vacancy because she had filed internal grievances complaining that she was treated differently in the workplace because of her age.

10.      The effect of the practices complained of in paragraphs 9g-h has been to deprive Ms. Smith of equal employment opportunities and otherwise adversely affect her status as an employee because of retaliation.

11.      The unlawful employment practices complained of in paragraphs 7h and 9h above were and are willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

  A. Grant a permanent injunction enjoining Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in discrimination on the basis of age and retaliation.

  B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

  C. Grant a judgment requiring Defendant to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Rita Smith as a result of the acts complained of above, including but not limited to other benefits that Smith would have received but for Defendant's failure to hire her and due to Defendant's retaliation.

  D. Order Defendant to make whole Smith who was adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to all benefits that Ms. Smith would have received but for Defendant's alleged failure to hire her.

  E. Grant such further relief as the Court deems necessary and proper in the public interest.

  F. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

        RONALD S. COOPER
        General Counsel

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel
        Washington, D.C.

        s/ Faye A. Williams (with permission SWD)
        FAYE WILLIAMS
        Regional Attorney
        TN Bar No. 11730

        s/ Deidre Smith (with permission SWD)
        DEIDRE SMITH
        Supervisory Trial Attorney
        TN Bar No. 18499

        s/ Steven W. Dills
        STEVEN DILLS
        Senior Trial Attorney
        TN Bar No. 11970

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        1407 Union Ave., Suite 901
        Memphis, TN 38104
        (901) 544-0136