IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

        Plaintiff,

vs.

                                    NO: 2:08-cv-02642
                                      Judge Donald
                                      Magistrate Judge Pham

MEMPHIS HEALTH CENTER, INC.,

        Defendant.

_____

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
_____

        Having carefully reviewed the August 10, 2011 Report and Recommendation of the Magistrate Judge (D.E. #94), this Court, finding them to be well taken, does hereby **ADOPT** the Report and Recommendation in their entirety.

        **IT IS SO ORDERED** this 23rd of September, 2011.

                                                  s/Bernice Bouie Donald
                                                  **BERNICE BOUIE DONALD**
                                                  **UNITED STATES DISTRICT COURT JUDGE**